UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-118(03) |
| | ) | |
| WILLIE CARTER | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 7, 2011. [Doc. 129]. The Magistrate Judge recommends that the defendant's motions to dismiss based upon a violation of the Speedy Trial Act or the Sixth Amendment right to a speedy trial be denied. The defendant has not filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motions to dismiss, the response of the government, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motions to dismiss are **DENIED.** [Docs. 81 and 123].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE